# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVENSON FISHER,<br><br>                Plaintiff(s),<br><br>vs.<br><br>MJ CHRISTENSEN JEWELERS, LLC, et al.,<br><br>                Defendant(s). | Case No. 2:15-cv-00358-RFB-NJK<br><br>ORDER<br><br>(Docket No. 79) |

Pending before the Court is Plaintiff's motion to compel discovery. Docket No. 79. The parties have been involved in ongoing mediation through which they have made substantial progress toward a global resolution of this case. *See* Docket No. 86 at 2. In light of the ongoing mediation, the pending motion to compel is **DENIED** without prejudice.

The Court further **ORDERS** the parties to file a joint status report no later than May 4, 2016.

IT IS SO ORDERED.

DATED: April 19, 2016

                                                          _____
                                                          NANCY J. KOPPE
                                                          United States Magistrate Judge