**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
crenka@maclaw.com
   *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVENSON FISHER, individually and on behalf of all persons similarly situated,<br><br>            Plaintiff,<br>vs.<br><br>MJ CHRISTENSEN JEWELERS, LLC, a Nevada limited liability company; LE VIAN CORP., a New York business corporation; LX PUBLICATIONS, LLC, an Illinois limited liability company dba LX MAGAZINES; LX PUBLICATIONS, LLC, a Nevada limited liability company dba LX Magazines; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>           Defendants. | Case No.:    2:15-cv-00358-RFB-NJK |

ORDER REGARDING<br>**<u>JOINT STATUS REPORT REGARDING MEDIATION</u>**

The Parties to the above-entitled action, by and through their respective counsel of record herein, hereby submit the following Joint Status Report Regarding Mediation:

**I.    STATUS OF MEDIATION.**

1.    The mediation took place on April 14, 2016 at 9:00 a.m. before Justice Nancy Becker (Ret.) at the office of Advanced Resolution Management in Las Vegas, Nevada.

2.    Defendant Le Vian Corp. ("Le Vian") was represented at the mediation by counsel and a company representative.

MAC:13937-001 2787771_1 5/3/2016 9:57 AM

3.  Plaintiff was represented by counsel and was available telephonically.

4.  Defendant MJ Christensen Jewelers, LLC's ("MJC") counsel attended telephonically and its principals were available telephonically.

5.  The Parties negotiated in good faith and made significant progress towards global resolution of the case.

6.  Le Vian's counsel and representative required additional time to discuss the settlement with management in New York. Because it was late in the day and given the three-hour time difference, the Parties were not able to reach resolution on the mediation date.

7.  The Parties submitted a Joint Status Report Regarding Mediation on April 19, 2016 (Docket #86).

8.  The Parties continue to negotiate in good faith; however, the process was slowed by Le Vian's counsel traveling the week of April 18th and the decision makers at Le Vian being out of the office the week of April 25th in observance of Passover.

9.  The Parties have remained in communication with the mediator and continue to negotiate. The Parties are working towards a resolution before the need to take the following depositions, which require travel on the part of Le Vian's principals from New York and its counsel from California.

10. The following depositions are currently scheduled:

    a.  MJC's FRCP 30(b)(6) designee: May 10, 2016.

    b.  Le Vian's FRCP 30(b)(6) designee: May 12, 2016.

11. The following are the current discovery deadlines:

    a.  Close of discovery: June 13, 2016

    b.  Motion for Class Certification: June 13, 2016

    c.  Dispositive Motions: July 13, 2016

    d.  Joint Pretrial Order: August 12, 2016

/ / /

/ / /

/ / /

MAC:13937-001 2787771_1 5/3/2016 9:57 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

12. Accordingly, the Parties propose that they submit another Joint Status Report Regarding Mediation on or about May 18, 2016, at which time the Parties will have either settled or will have proceeded with depositions and be proceeding towards completion of discovery.

Dated this 3rd day of May, 2016

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
    SCOTT A. MARQUIS, ESQ.
    Nevada Bar No. 6407
    CANDICE E. RENKA, ESQ.
    Nevada Bar No. 11447
    10001 Park Run Drive
    Las Vegas, NV  89145
    *Attorneys for Plaintiff Stevenson Fisher*

Dated this 3rd day of May, 2016

**FABIAN VANCOTT**

By: */s/ Kevin N. Anderson, Esq.*
    KEVIN N. ANDERSON, ESQ.
    Nevada Bar No. 4512
    601 South 10th Street, Suite 204
    Las Vegas, Nevada 89101
    *Attorney for Defendant MJ Christensen Jewelers, LLC*

Dated this 3rd day of May, 2016

**MORGAN LEWIS & BOCKIUS LLP**

By: */s/ Joseph Duffy, Esq.*
    JOSEPH DUFFY, ESQ.
    California Bar No. 241854
    300 South Grand Avenue, 22nd Floor
    Los Angeles, California 90071
    *Pro Hac Attorney for Defendant Le Vian Corp.*

A further joint status report shall be filed no later than May 18, 2016.  IT IS SO ORDERED.
Dated:  May 3, 2016

_____
United States Magistrate Judge