# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVENSON FISHER, | Case No. 2:15-cv-00358-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| MJ CHRISTENSEN JEWELERS, LLC, et al., | |
| Defendant(s). | |

The parties are hereby **ORDERED** to submit a further status report regarding mediation by June 24, 2016.

IT IS SO ORDERED.

DATED: June 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge