1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVENSON FISHER, | Case No. 2:15-cv-00358-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| MJ CHRISTENSEN JEWELERS, LLC, et al., | (Docket No. 96) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to compel discovery from Defendant Le Vian Corp. Docket No. 96. It appears that the meet-and-confer held by counsel with respect to this motion was last conducted in January. *See* Docket No. 97-10. Given the developments in this matter since that time, including at least two mediations, the Court finds that counsel must conduct a further meet-and-confer on the dispute. *See, e.g.*, *F.D.I.C. v. 26 Flamingo, LLC*, 2013 WL 2558219, *2 (D. Nev. June 10, 2013) (finding stale meet-and-confer attempt insufficient in light of changed circumstances). Accordingly, the motion to compel is **DENIED** without prejudice to its being refiled, if necessary, following a further meet-and-confer by counsel.

IT IS SO ORDERED.

DATED: July 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge