# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN FISHER, individually and on behalf of all persons similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>MJ CHRISTENSEN JEWELERS, LLC, a Nevada limited liability company, et al.,<br><br>              Defendants. | Case No. 2:15-cv-00358-RFB-NJK<br><br>ORDER |

Pending before the Court are Plaintiff's renewed motion to compel, Defendant's opposition, and Plaintiff's reply. Docket Nos. 99, 104, 105. The Court hereby **SETS** a hearing for 1:00 p.m. on September 7, 2016, in Courtroom 3D. Plaintiff, Plaintiff's counsel, Defendant Le Vian's counsel, and a corporate representative of Defendant Le Vian are required to be present. Plaintiff and Defendant Le Vian must be prepared to discuss: (1) the authority, if any, that supports broad discovery in this case; (2) the impact, if any, of the recent amendment to Federal Rule of Civil Procedure 26 on this motion[1]; (3) the authority, if any, that supports limiting discovery to the confines of the class definition; and (4) whether Plaintiff has met his burden of demonstrating that the requested discovery is likely to substantiate the proposed class.

IT IS SO ORDERED.

Dated: August 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Specifically, Rule 26(b)(1) now states that "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense *and proportional to the needs of the case*."