# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVENSON FISHER, et al., ) | Case No. 2:15-cv-358-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 107) |
| MJ CHRISTENSEN JEWELERS, LLC, et. al, ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant Le Vian's unopposed motion for a continuance of the hearing on Plaintiff's renewed motion to compel. Docket No. 107. The motion is hereby **GRANTED**. The hearing will be continued to 11:00 a.m. on September 21, 2016 in Courtroom 3C.

IT IS SO ORDERED.

DATED: August 31, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge