D. Neal Tomlinson
Nevada Bar No. 6851
Hyperion Advisors
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada  89169
Telephone: (702) 990-3901
Facsimile: (702) 990-3501
Email: neal@hyperionlegal.com

Joseph Duffy
California Bar No. 241854
*Pro Hac Vice* Granted
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Fax: (213) 612-2501
Email: jduffy@morganlewis.com

*Attorneys for Defendant Le Vian Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVENSON FISHER, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MJ CHRISTENSEN JEWELERS, LLC, a Nevada limited liability company; LE VIAN CORP., a New York business corporation; LX PUBLICATIONS, LLC, an Illinois limited liability company dba LX MAGAZINES; LX PUBLICATIONS, LLC, a Nevada limited liability company dba LX Magazines; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00358-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND <u>OPPOSITION AND REPLY TO MOTION FOR CLASS CERTIFICATION</u>**<br><br>(**<u>FIRST REQUEST</u>**) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO EXTEND OPPOSITION AND
REPLY TO MOTION FOR CLASS CERTIFICATION
2:15-CV-00358-RFB-NJK

1

DB2/ 30843012.1

Defendant Le Vian Corp., by and through Morgan, Lewis & Bockius, LLP, its counsel of record; Defendant MJ Christensen Jewelers, LLC, by and through Fabian VanCott, its counsel of record; and Plaintiff Stevenson Fisher, by and through Marquis Aurbach Coffing, his counsel of record (collectively, the "Parties"), hereby stipulate as follows:

The Parties respectfully request to extend the briefing schedule for:

    (1) Defendants' opposition to Plaintiff's motion for class certification by two weeks to December 19, 2016; and

    (2) Plaintiff's reply in support of his motion for class certification by two weeks to January 9, 2016.

The Parties request this extension in light of the upcoming Holidays when the Parties' counsel anticipate being out of the office and travelling.

This is the first time that the Parties' have requested a stipulated briefing schedule for the reply and opposition, and the Parties have never before requested an extension of the briefing schedule for the reply and opposition to Plaintiff's motion for class certification.

Dated this 23rd day of November, 2016

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
    Scott A. Marquis, Esq.
    Nevada Bar No. 6407
    Candice Renka, Esq.
    Nevada Bar No. 11447
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiff Stevenson Fisher*

Dated this 23rd day of November, 2016

**HYPERION ADVISORS**

By: */s/ Joseph Duffy, Esq.*
    D. Neal Tomlinson, Esq.
    Nevada Bar No. 6851
    3960 Howard Hughes Parkway,
    Suite 500
    Las Vegas, Nevada 89169

    Joseph Duffy, Esq.
    *Admitted Pro Hac Vice*
    California Bar No. 241854
    Morgan, Lewis & Bockius LLP
    300 South Grand Avenue
    Twenty-Second Floor
    Los Angeles, CA 90071-3132
    *Attorneys for Defendant Le Vian Corp.*

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

2

STIPULATION AND ORDER TO EXTEND OPPOSITION AND REPLY TO MOTION FOR CLASS CERTIFICATION
2:15-CV-00358-RFB-NJK

DB2/ 30843012.1

Dated this 23rd day of November, 2016

**FABIAN VANCOTT**

By: */s/ Timothy K. Clark, Esq.*
    Timothy K. Clark, Esq.
    Kevin N. Anderson, Esq.
    Nevada Bar No. 4512
    601 South Tenth Street, Suite 204
    Las Vegas, Nevada 89101
    *Attorney for Defendant MJ Christensen Jewelers, LLC*

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOUWLARE, II
United States District Judge

DATED: November 29, 2016.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION AND ORDER TO EXTEND OPPOSITION AND
REPLY TO MOTION FOR CLASS CERTIFICATION
2:15-CV-00358-RFB-NJK

DB2/ 30843012.1

# CERTIFICATE OF SERVICE

I, Lisa Wright, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132.

On November 23, 2016, I served a copy of the within document(s):

**STIPULATION AND ORDER TO EXTEND OPPOSITION AND REPLY TO MOTION FOR CLASS CERTIFICATION**

**(FIRST REQUEST)**

[X]  [CM/ECF] by electronic service through the United States District Court for the District of Nevada's CM/ECF system to the person(s) at the e-mail address(es) as registered to receive electronic notifications in this matter.

| *Attorneys for Plaintiff, Stevenson Fisher* | *Attorneys for Defendant, MJ Christensen Jewelers, LLC* |
|---|---|
| Scott A. Marquis, Esq. | Kevin N. Anderson, Esq. |
| Candice E. Renka, Esq. | Timothy K. Clark, Esq. |
| **MARQUIS AURBACH COFFING** | **FABIAN VANCOTT** |
| 10001 Park Run Drive | 215 South State Street, Suite 1200 |
| Las Vegas, NV 89145 | Salt Lake City, UT 84111-2323 |
| Phone: (702) 382-0711 | Phone: (801) 531-8900 |
| Fax:   (702) 382-5816 | Fax:    (801) 596-2814 |
| Email: smarquis@maclaw.com; | Email: kanderson@fabianvancott.com |
|          crenka@maclaw.com |          tclark@fabianvancott.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 23, 2016, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Lisa Wright*
Lisa Wright

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 30843012.1

4

STIPULATION AND ORDER TO EXTEND OPPOSITION AND REPLY TO MOTION FOR CLASS CERTIFICATION
2:15-CV-00358-RFB-NJK