**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
crenka@maclaw.com
  Attorneys for Plaintiff Stevenson Fisher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVENSON FISHER, individually and on behalf of all persons similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>MJ CHRISTENSEN JEWELERS, LLC, a Nevada limited liability company; LE VIAN CORP., a New York business corporation; LX PUBLICATIONS, LLC, an Illinois limited liability company dba LX MAGAZINES; LX PUBLICATIONS, LLC, a Nevada limited liability company dba LX Magazines; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case Number:<br>2:15-cv-00358-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT LE VIAN CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

Plaintiff and Defendant Le Vian Corp. ("Le Vian"), by and through their respective counsel of record herein, hereby stipulate and agree to extend the briefing schedule on Le Vian's Motion for Summary Judgment (ECF No. 117) (the "Motion") as follows:

1. Defendant Le Vian Corporation filed their Motion (ECF No. 117) on December 19, 2016.

2. Plaintiff Stevenson Fisher's Response to the Motion is due January 9, 2017, which date is hereby extended 14 days until **January 23, 2017**.

3. Defendant Le Vian Corporation's Reply will be due 14 days after Plaintiff's Response, on or before **February 6, 2017**.

MAC:13937-001 2971982_1 12/27/2016 3:58 PM

4. The extension was requested by Plaintiff's counsel due to their busy workload schedule and other deadlines, including having to fly out of state for depositions the week of January 2, 2017, and the Reply in Support of Motion for Class Certification in this case, which is also due January 9, 2017, when the Response to Le Vian's Motion for Summary Judgment would otherwise be due. The parties thus agree that good cause exists for the stipulated extension pursuant to LR IA 6-1.

IT IS SO STIPULATED.

Dated this 27th day of December, 2016

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
  SCOTT A. MARQUIS, ESQ.
  Nevada Bar No. 6407
  CANDICE E. RENKA, ESQ.
  Nevada Bar No. 11447
  10001 Park Run Drive
  Las Vegas, NV  89145
  *Attorneys for Plaintiff Stevenson Fisher*

Dated this 27th day of December, 2016

**MORGAN LEWIS & BOCKIUS LLP**

By: */s/ Joseph Duffy, Esq.*
  JOSEPH DUFFY, ESQ.
  California Bar No. 241854
  300 South Grand Avenue, 22nd Floor
  Los Angeles, California 90071
  *Pro Hac Attorney for Defendant Le Vian Corp.*
  **Hyperion Advisors**
  D. NEAL TOMLINSON, ESQ.
  Nevada Bar No. 6851
  3960 Howard Hughes Parkway, Suite 500
  Las Vegas, Nevada 89169
  *Attorney for Defendant Le Vian Corp.*

## **ORDER**

Consistent with the above Stipulation, it is hereby ORDERED that:

1. Plaintiff shall file the Response to Defendant Le Vian Corporation's Motion for Summary Judgment on or before January 23, 2017; and

2. Defendant Le Vian Corporation shall file its Reply, on or before February 6, 2017.

IT IS SO ORDERED.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2016

MAC:13937-001 2971982_1 12/27/2016 3:59 PM

Submitted by:

MARQUIS AURBACH COFFING

By  /s/ Candice E. Renka, Esq.
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, NV  89145
*Attorneys for Plaintiff Stevenson Fisher*

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada  89145
(702) 382-0711   FAX: (702) 382-5816

Page 3 of 3

MAC:13937-001 2971982_1 12/27/2016 3:58 PM