**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
crenka@maclaw.com
Attorneys for Plaintiff Stevenson Fisher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVENSON FISHER, individually and on behalf of all persons similarly situated,

Plaintiff,

vs.

MJ CHRISTENSEN JEWELERS, LLC, a Nevada limited liability company; LE VIAN CORP., a New York business corporation; LX PUBLICATIONS, LLC, an Illinois limited liability company dba LX MAGAZINES; LX PUBLICATIONS, LLC, a Nevada limited liability company dba LX Magazines; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case Number: 2:15-cv-00358-RFB-NJK

**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE ON PLAINTIFF STEVENSON FISHER'S MOTION FOR CLASS CERTIFICATION (SECOND REQUEST)**

Plaintiff Stevenson Fisher ("Fisher") and Defendant Le Vian Corp. ("Le Vian"), by and through their respective counsel of record herein, hereby stipulate and agree to extend the briefing schedule on Plaintiff Fisher's Motion for Class Certification (ECF No. 112) (the "Motion") as follows:

1. Plaintiff Fisher filed his Motion (ECF No. 112) on November 18, 2016, and the Appendix of Exhibits (ECF No. 114).

2. The Parties entered into a Stipulation and Order to Extend Opposition and Reply to Motion for Class Certification (First Request) (ECF No. 115) which the Court granted on November 29, 2016 (ECF No. 116).





MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. Defendant Le Vian filed its Opposition to the Motion on December 19, 2016 (ECF No. 119) and their Appendix of Exhibits (ECF No. 120).

4. Defendant MJC has not filed any Response or Opposition.

5. Plaintiff Fisher filed a Motion to Exceed Page Limit for Reply in Support of Motion for Class Certification on December 28, 2016 (ECF No. 122). This Court granted Plaintiff Fisher's Motion to Exceed Page Limit on January 9, 2017 (ECF No. 124).

6. Plaintiff Fisher's Reply in support of the Motion is due today, January 9, 2017.

7. Due to counsel for Plaintiff Fisher having recently been out of state taking depositions in a separate case and Plaintiff's counsel being out of the office sick, the parties hereto hereby agree to extend Plaintiff Fisher's Reply in Support of the Motion to be due on or before January 16, 2017.

8. The parties thus agree that good cause exists for the stipulated extension pursuant to LR IA 6-1.

IT IS SO STIPULATED.

Dated this 9th day of January, 2017

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
SCOTT A. MARQUIS, ESQ.
Nevada Bar No. 6407
CANDICE E. RENKA, ESQ.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Plaintiff Stevenson Fisher*

Dated this 9th day of January, 2017

**MORGAN LEWIS & BOCKIUS LLP**

By: */s/ Joseph Duffy, Esq.*
JOSEPH DUFFY, ESQ.
California Bar No. 241854
300 South Grand Avenue, 22nd Floor
Los Angeles, California 90071
*Pro Hac Attorney for Defendant Le Vian Corp.*
**Hyperion Advisors**
D. NEAL TOMLINSON, ESQ.
Nevada Bar No. 6851
3960 Howard Hughes Parkway,
Suite 500
Las Vegas, Nevada 89169
*Attorney for Defendant Le Vian Corp.*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**ORDER**

Consistent with the above Stipulation, it is hereby ORDERED that:

1. Plaintiff Fisher shall file the Reply in Support of his Motion for Class Certification on or before January 16, 2017.

IT IS SO ORDERED.

IT IS SO ORDERED:

________________________________
RICHARD F. BOULWARE, II
United States District Judge

DATED this 11th day of January, 2017.

Submitted by:

MARQUIS AURBACH COFFING

By <u>/s/ *Candice E. Renka, Esq.*</u>
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Plaintiff Stevenson Fisher*