**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
crenka@maclaw.com
  Attorneys for Plaintiff Stevenson Fisher

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVENSON FISHER, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MJ CHRISTENSEN JEWELERS, LLC, a Nevada limited liability company; LE VIAN CORP., a New York business corporation; LX PUBLICATIONS, LLC, an Illinois limited liability company dba LX MAGAZINES; LX PUBLICATIONS, LLC, a Nevada limited liability company dba LX Magazines; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case Number:<br>2:15-cv-00358-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE ON DEFENDANT LE VIAN CORP.'S RENEWED MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

Plaintiff Stevenson Fisher ("Fisher") and Defendant Le Vian Corp. ("Le Vian"), by and through their respective counsel of record herein, hereby stipulate and agree to extend the deadline for opposition on Defendant's Renewed Motion for Summary Judgment (ECF No. 144) (the "Motion") as follows:

1. Defendant LeVian Corp. filed its Motion (ECF No. 144) on May 7, 2018, and the Appendix of Exhibits on May 8, 2018 (ECF No. 145).

2. Plaintiff Stevenson Fisher's Response to the Motion is due May 29, 2018, which the Parties have agreed to extend 14 days until June 12, 2018.

3. The Parties agreed to this extension because Plaintiff's counsel requested the extension to accommodate her workload, including preparing for upcoming depositions in a separate case and other litigation deadlines.

4. The Parties likewise agree that Defendant Le Vian Corporation's Reply will be due on or before July 9, 2018.

5. The parties thus agree that good cause exists for the stipulated extension pursuant to LR IA 6-1.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 25th day of May, 2018 | Dated this 25th day of May, 2018 |
| **MARQUIS AURBACH COFFING** | **MORGAN LEWIS & BOCKIUS LLP** |
| By: /s/ Candice E. Renka, Esq.<br>SCOTT A. MARQUIS, ESQ.<br>Nevada Bar No. 6407<br>CANDICE E. RENKA, ESQ.<br>Nevada Bar No. 11447<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Plaintiff Stevenson Fisher* | By: /s/ Joseph Duffy, Esq.<br>JOSEPH DUFFY, ESQ.<br>California Bar No. 241854<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, California 90071<br>*Pro Hac Attorney for Defendant Le Vian Corp.*<br>**Hyperion Advisors**<br>D. NEAL TOMLINSON, ESQ.<br>Nevada Bar No. 6851<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant Le Vian Corp.* |

### ORDER

Consistent with the above Stipulation, it is hereby ORDERED that:

1. Plaintiff shall file the Response to Defendant Le Vian Corporation's Motion for Summary Judgment on or before June 12, 2018; and

2. Defendant Le Vian Corporation shall file its Reply, on or before July 9, 2018.

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of May, 2018.

MAC:13937-001 3411933_1 5/25/2018 9:19 AM

Submitted by:

MARQUIS AURBACH COFFING

By /s/ Candice E. Renka, Esq.
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Plaintiff Stevenson Fisher*

MAC:13937-001 3411933_1 5/25/2018 9:17 AM